UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YEHUDAH KATZ, on behalf of himself and the class,

                     Plaintiff,

- against -

DELTA COMMUNITY CREDIT UNION,

                     Defendant.

-----------------------------------------------------------------X

Civil Action No.
12-CV-1194 (WFK) (LB)

**STIPULATION**

IT IS HEREBY STIPULATED, that the time of Defendant Delta Community Credit Union to appear, answer or otherwise move with respect to the summons and complaint herein be, and the same hereby is, extended to, and including, May 18, 2012.

Dated: Jericho, New York
       April 17th, 2012

                                  THE LAW OFFICES OF SHIMSHON
                                  WEXLER, PC
                                  *Attorneys for Plaintiff*

                                  By:_____
                                  Shimshon Wexler
                                  2710 Broadway, 2nd Floor
                                  New York, NY  10025
                                  Tel.: (212) 760-2400
                                  E-mail: swexleresq@gmail.com

SO ORDERED:

_____
                U.S.D.J.

194417_1

Index No.: 12-CV-1194 (WFK) (LB)   20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YEHUDAH KATZ, on behalf of himself and the class,

Plaintiff,

- against -

DELTA COMMUNITY CREDIT UNION,

Defendant.

## STIPULATION

**TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP**
*Attorney(s) for Defendant Delta Community Credit Union*
*Office and Post Office Address, Telephone*
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NEW YORK 11753-2702
Tel: (516) 240-8900

To:

Attorney(s) for _____ Esq.

Service of a copy of the within _____ **is hereby admitted:**

Dated, N.Y., _____ 20 ____

_____
Attorney(s) for